# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel.* MANFRED KNOPF,

    Plaintiff,

v.                                        Case No. 8:15-cv-2591-T-36JSS

AGEVITAL PHARMACY, LLC and
JEAN M. WILSON, FNP-BC,

    Defendants.

_____/

## NOTICE OF SETTLEMENT OF CLAIMS
## AGAINST AGEVITAL PHARMACY, LLC

    Relator Manfred Knopf ("Relator") respectfully submits this Notice of Settlement, and informs the Court as follows:

1. Relator has reached an agreement with Defendant AgeVital.

2. The parties are in the process of finalizing a settlement agreement and will be filing a Notice of Dismissal with the Court shortly.[1]

3. Accordingly, the parties will not be filing a case management report.

4. The United States, through its counsel, has advised that it assents to this Notice.

---

[1] AgeVital and the Relator have both signed the proposed agreement. The United States is in the process of obtaining signatures from the appropriate officials at the U.S. Department of Health and Human Services Office of Inspector General and the Defense Health Agency before the agreement can be fully executed.

5.  AgeVital, through its counsel, has advised that it assents to this Notice.

*s/ Jesse L. Hoyer*
Elaine Stromgren
estromgren@jameshoyer.com
Florida Bar No. 0417610
Jesse L. Hoyer
jlhoyer@jameshoyer.com
Florida Bar No. 0076934
James Hoyer, P.A.
2801 West Busch Blvd., Suite 200
Tampa, Florida 33618
Tel: 813-375-3700
Fax: 813-375-3710

David C. Williams
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Claudine Q. Homolash
CQH FIRM, LLC
203 N. 3rd St., Unit 6
Philadelphia PA 19106

*Counsel for Relator*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 4, 2019, a true and accurate copy of the foregoing was filed via CM/ECF, which will serve all parties of record.

*s/ Jesse L. Hoyer*
ATTORNEY
