UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel*. MANFRED KNOPF,

Plaintiff,

Case No. 8:15-cv-2591-T-36JSS

v.

AGEVITAL PHARMACY, LLC and
JEAN M. WILSON, FNP-BC,

Defendants.
_______________________________________/

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), and in accordance with the terms of the settlement agreement effective as of February 13, 2019, that has been reached among the United States, Relator Manfred Knopf, and AgeVital Pharmacy, LLC (the "Settlement Agreement"), the United States and Relator hereby stipulate, through their undersigned counsel, to dismissal of this case. AgeVital, through its counsel, has informed counsel for the United States and Relator that AgeVital concurs in this filing.

In accordance with the Settlement Agreement, dismissal shall be:

(1) with prejudice to the Relator, subject to the terms of the Settlement Agreement;

(2) with prejudice to the United States as to the allegations described in Paragraph E of the Settlement Agreement, subject to the terms of the Settlement Agreement; and

(3) otherwise without prejudice to the United States.

The Parties request that the Court retain jurisdiction for purposes of enforcing the Settlement Agreement and resolving any disputes arising under the Settlement Agreement.

Dated: February 15, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARIA CHAPA LOPEZ
United States Attorney

/s/ Christopher J. Emden
CHRISTOPHER J. EMDEN
Assistant United States Attorney
USA No. 158
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Tel: (813) 274-6000
Fax: (813) 274-6200
Christopher.Emden@usdoj.gov

MICHAEL D. GRANSTON
JAMIE A. YAVELBERG
NATHAN P. GREEN
Attorneys, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-3669
Fax: (202) 616-3085
Nathan.P.Green@usdoj.gov

*Attorneys for the United States of America*

*s/ Jesse L. Hoyer*
Jesse L. Hoyer
jlhoyer@jameshoyer.com
Florida Bar No.: 076934
Elaine Stromgren
estromgren@jameshoyer.com
Florida Bar No.: 417610
JAMES HOYER, P.A.
2801 W. Busch Blvd., Suite 200
Tampa, FL 33618
Tel: (813) 375-3700
Fax: (813) 375-3710

KLINE & SPECTER, P.C.
DAVID C. WILLIAMS
David.Williams@klinespecter.com
1525 Locust Street, Nineteenth Floor
Philadelphia, Pennsylvania 19102
Phone: (215) 772-1000
Fax: (215) 735-5827

CQH FIRM
Claudine Q. Homolash
claudine@cqhfirm.com
203 N. 3rd St., Unit 6
Philadelphia PA 19106
Phone: (215) 496-1012

*Attorneys for Relator Manfred Knopf*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on February 15, 2019, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF system thereby serving all registered users in this case, and that a copy of the foregoing document is being sent by First Class U.S. Mail to:

AgeVital Pharmacy, LLC
1618 Main Street
Sarasota, FL 34236-5811

## CERTIFICATE UNDER LOCAL RULE 3.01(g)

I HEREBY CERTIFY that counsel for AgeVital Pharmacy, LLC has been contacted and has indicated that AgeVital Pharmacy, LLC concurs in the relief requested herein.

/s/ Christopher J. Emden
CHRISTOPHER J. EMDEN
Assistant United States Attorney